**Order entered September 27, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01047-CV

### KEITH HERVEY, Appellant

### V.

### RENT A CENTER AND RAC CORPORATION, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-00467-2019**

## ORDER

Before the Court is appellant's September 25, 2019 motion for extension of time to file a statement of inability to afford payment of costs. The motion is in response to the Court's August 30, 2019 notice directing appellant to pay the appellate filing fee. This notice was sent before the filing of the clerk's record, which reflects appellant filed a statement of inability to afford payment of costs in the trial court. Under Texas Rule of Appellate Procedure 20.1(b)(1), appellant's status in the trial court carries forward to this Court. *See* TEX. R. APP. P. 20.1(b)(1). Accordingly, we **DENY** the motion as moot.

Appellant may disregard the August 30th notice.

/s/     KEN MOLBERG
          JUSTICE